**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER SCIONTI, on behalf of himself and all other plaintiffs similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No: 16 cv 7886 |
| | ) | |
| v. | ) | |
| | ) | Judge Rebecca A. Pallmeyer |
| EWALD CONSTRUCTION, Inc. d.b.a. Disaster Recovery Services and Kerry Ewald individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR APPROVAL OF SETTLEMENT AND TO ENTER ORDER
OF DISMISSAL WITH PREJUDICE**

Plaintiff, Christopher Scionti, and Defendants, Ewald Construction, Inc. d/b/a Disaster Recovery Services and Kerry Ewald, (the "Parties") by and through their respective attorneys, move this Court for approval of the settlement and for an order of dismissal with prejudice. In support thereof, the Parties state as follows:

**1.** On August 5, 2016, Plaintiff filed a Complaint on behalf of the Plaintiff and a putative class alleging violations of the Fair Labor Standards Act ("FLSA"), Illinois Minimum Wage Law, and the Illinois Employee Classification Act. 29 U.S.C. § 201 *et seq.*, 820 ILCS § 105/1 *et seq.* and 820 ILCS §185/1, *et seq.*

**2.** On March 21, 2017, Judge Gilbert conducted a settlement conference during which the Parties agreed upon a settlement and resolved all issues in dispute. Plaintiff's individual claims were resolved because plaintiff did not move for class certification and thus, no class was certified.

**3.** The Parties have entered into a Settlement Agreement and General Release. A copy of which is attached as **Exhibit A** and made apart hereof. The court order of dismissal is attached as **Exhibit B** and made a part hereof.

215803444.1 54751/198624

WHEREFORE, Plaintiff, Christopher Scionti, and Defendants, Ewald Construction, Inc. d/b/a Disaster Recovery Services and Kerry Ewald, pray that this Court grant its motion, approve the settlement and dismiss this matter with prejudice.

Dated: May 22, 2017

Respectfully submitted,                        Respectfully submitted,

*PLAINTIFF:*                                   *DEFENDANTS:*

**CHRISTOPHER SCIONTI**                        **EWALD CONSTRUCTION, INC. d/b/a DISASTER RECOVERY SERVICES and KERRY EWALD, individually**

By:   /s/ Kimberly Hilton                      By:   /s/ Pamela J. Leichtling
      Counsel for Plaintiff                          Counsel for Defendants

David Fish                                     Paul E. Starkman (ARDC #6188548)
Kimberly Hilton                                Pamela J. Leichtling (ARDC #6183213)
John Kunze                                     Clark Hill PLC
The Fish Law Firm, P.C.                        130 E. Randolph Street, Suite 3900
200 E. 5th Avenue, Suite 123                   Chicago, IL 60601
Naperville, IL 60565                           Phone: 312-985-5900
Phone: (630) 355-7590                          Emails: pstarkman@clarkhill.com
Emails: dfish@fishlawfirm.com                          pleichtling@clarkhill.com
        khilton@fishlawfirm.com
        kunze@fishlawfirm.com

215803444.1 54751/198624